## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 3 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Dontavis Williams | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/23/2008 as to defendant Dontavis Williams. Defendant appears in response to arrest on 1/23/2008. Defendant informed of his rights. Enter order appointing Piyush Chandra from the Federal Defender Program as counsel for defendant. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings without prejudice. Preliminary examination hearing set for 1/29/2008 at 12:00 p.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | IS |
|---|---|---|