# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: _____ VS. _____

FOR / AT: **FILED JAN 23 2008 MARTIN C. ASHMAN UNITED STATES MAGISTRATE JUDGE UNITED STATES DISTRICT COURT**

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **DONTAVIS WILLIAMS**

- 1 ☐ Defendant – Adult
- 2 ☐ Defendant – Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →): ☐ Felony  ☐ Misdemeanor

DOCKET NUMBERS:
- Magistrate: _____
- District Court: **08 CR 55**
- Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: **Part Time  A-TEEN DRYWALL**
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: **Net**
- How much did you earn per month? $ **600-700**
- If married is your Spouse employed? ☐ Yes  ☐ No  **N/A**
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
- RECEIVED / SOURCES
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ **800**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No
- VALUE / DESCRIPTION
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **2**
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | **Utilities** | $ | $ **150-200** |
| | **Children** | $ | $ **150.00** |
| | **Hospital Bill** | $ ? | $ ? |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **1-23-08**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶