## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 - 3 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Dontavis Williams | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held on 1/29/2008 as to defendant Dontavis Williams. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:28

| | Courtroom Deputy Initials: | IS |
|---|---|---|