

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE RONALD GUZMAN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 55 |
| | ) | |
| v. | ) | **MAGISTRATE JUDGE ASHMAN** |
| | ) | |
| NORMAN WIMBERLY, | ) | Violations: Title 21, United States Code, |
| TERRY WIMBERLY, and | ) | Section 846 |
| DONTAVIS WILLIAMS | ) | |
| | ) | |

**F I L E D**

FEB 1 3 2008

## COUNT ONE

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL MARCH 2007 GRAND JURY charges:

Beginning on or about December 14, 2007 and continuing until on or about January 22, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORMAN WIMBERLY,
TERRY WIMBERLY, and
DONTAVIS WILLIAMS,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute 5 kilograms or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 22, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

>NORMAN WIMBERLY,
>TERRY WIMBERLY, and
>DONTAVIS WILLIAMS,

defendants herein, did attempt to knowingly and intentionally possess with intent to distribute and 5 kilograms or more of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations of Counts One and Two of this Indictment are realleged and fully incorporated herein for the purpose of alleging forfeiture to the United States, pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offenses alleged in Counts One and Two of this Indictment,

NORMAN WIMBERLY,
TERRY WIMBERLY, and
DONTAVIS WILLIAMS,

defendants herein, have subjected to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), the following property and interests:

   i. All property constituting or derived from the proceeds the defendants obtained, directly or indirectly, as a result of their violations of Title 21, United States Code, Section 846, as charged in this indictment; and

   ii. All property used or intended to be used in any manner or part to commit or facilitate the commission of the defendant's violations of Title 21, United States Code, Section 846, as charged in this indictment.

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, include, but are not limited to, funds in the amount of approximately $180,000.

4. If any of the property and funds subject to forfeiture pursuant to Title 21, United States Code, Section 853(a), as a result of any act or omission of the defendant:

   i. Cannot be located upon the exercise of due diligence;

      ii.     Has been transferred or sold to, or deposited with, a third person;

      iii.    Has been placed beyond the jurisdiction of the Court;

      iv.    Has been substantially diminished in value; or

      v.     Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY