IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CR 55 ) ) |
| DONTAVIS WILLIAMS, et al. | ) The Honorable Nan Nolan ) |
| Defendant. | ) |

**DEFENDANT DONTAVIS WILLIAMS'**
**MOTION TO SUBSTITUTE COUNSEL**

Defendant, DONTAVIS WILLIAMS, by his attorney, Thomas More Leinenweber, respectfully requests that this Court allow attorney Piyush Chandra to withdraw his appearance as attorney for Defendant and for Thomas More Leinenweber to file his appearance, instanter.

1. On January 23, 2008, Defendant was arrested by the Drug Enforcement Agency and Chicago Police Department on charges that he conspired to possess a controlled substance with the intent to distribute, in violation of 21 U.S.C. §846. At the time of his initial appearance and preliminary hearing he was represented by Piyush Chandra of the Federal Defender's Office.

2. Attorney Thomas More Leinenweber now seeks leave of Court to file his appearance on behalf of the Defendant.

WHEREFORE, for the above-noted reasons, Thomas More Leinenweber prays that this Court grant him leave to file his appearance on behalf of the Defendant.

1

Respectfully submitted,


By: s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
312-663-3003