IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 08 CR 55 |
| v. | ) |
| | ) The Honorable Nan Nolan |
| DONTAVIS WILLIAMS, et al. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:   The Honorable Patrick Fitzgerald
      United States Attorney
      219 South Dearborn
      5th Floor
      Chicago, Illinois 60604
      Attention: Michael James Ferrara

PLEASE take notice that on Wednesday, February 20, 2008 at 10:30 a.m. I will present the attached **DEFENDANT DONTAVIS WILLIAMS' MOTION TO SUBSTITUTE COUNSEL** before the Honorable Nan Nolan in courtroom 1858 of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

By:   s/Thomas More Leinenweber
      Thomas More Leinenweber

## PROOF OF SERVICE

I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list via e-mail on February 19, 2008.

By:   s/Thomas More Leinenweber
      Thomas More Leinenweber

Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
(312) 663-3003

1