IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 CR 55 |
| DONTAVIS WILLIAMS, et al. ) | |
| ) | Honorable Ronald Guzman |
| Defendants. ) | |
| ) | |

**DEFENDANT DONTAVIS WILLIAMS' MOTION TO ADOPT PRE-TRIAL MOTIONS**

Defendant, DONTAVIS WILLIAMS, by his attorney, Thomas More Leinenweber, respectfully moves to adopt the pre-trial motions filed by all other defendants that are applicable to him including, but not limited to defendants' Motions for Severance.

WHEREFORE, defendant respectfully moves to adopt the applicable Pre-Trial Motions of his co-defendants, including but not limited to the Motions for Severance filed.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
312-663-3003