IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 08 CR 55 |
| v. | ) |
| | ) |
| DONTAVIS WILLIAMS, et al. | ) The Honorable Ronald Guzman |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

To:   The Honorable Patrick Fitzgerald
      United States Attorney
      219 South Dearborn, 5th Floor
      Chicago, Illinois 60604

   PLEASE take notice that on April 3, 2008, I filed the attached **DEFENDANT DONTAVIS WILLIAMS' MOTION TO ADOPT PRE-TRIAL MOTIONS** with the Clerk of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

                                              s/Thomas More Leinenweber
                                              Thomas More Leinenweber


**PROOF OF SERVICE**

   I, Thomas More Leinenweber, an attorney, swear I served a copy of the above-referenced documents on the parties on the attached service list by placing a copy via e-mail on April 3, 2008.

                                              s/Thomas More Leinenweber
                                              Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, Illinois 60604
(312) 663-3003

1