## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 55 -3 | **DATE** | 4/8/2008 |
| **CASE TITLE** | USA vs. Dontavis Williams | | |

**DOCKET ENTRY TEXT**

Motion by Dontavis Williams to join in Co-Defendants' Pre-Trial Motions [39] is denied. All pretrial motions to be filed by 4/15/08. Government's response due 4/22/08. Status hearing set for 4/15/08 is reset to 5/7/08 at 10:30 a.m. Government's oral motion to exclude time is granted. Time is ordered excluded pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|