**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CR 55 |
| DONTAVIS WILLIAMS, et al. | ) | |
| | ) | Honorable Ronald Guzman |
| Defendants. | ) | |
| | ) | |

**DEFENDANT DONTAVIS WILLIAMS' AMENDED
MOTION TO ADOPT PRE-TRIAL MOTIONS**

Defendant, DONTAVIS WILLIAMS, by his attorney, Thomas More Leinenweber,

respectfully moves to adopt the pre-trial motions filed by all other defendants that are applicable

to him including:

1. NORMAN WIMBERLY'S MOTION FOR DISCLOSURE OF "CONFIDENTIAL SOURCES"

2. DEFENDANT NORMAN WIMBERLY'S MOTION FOR EARLY PRODUCTION OF EXCULPATORY AND IMPEACHING INFORMATION

3. NORMAN WIMBERLY'S MOTION FOR PRETRIAL PRODUCTION OF CHARTS, UMMARIES, AND CALCULATIONS

4. NORMAN WIMBERLY'S MOTION FOR AN ORDER DIRECTING THE GOVERNMENT TO PRESERVE AND PRODUCE AGENT NOTES

5. NORMAN WIMBERLY'S MOTION TO COMPEL THE GOVERNMENT TO SEEK ADMISSION OF ANY 404(B) EVIDENCE AT LEAST 60 DAYS PRIOR TO TRIAL

6. NORMAN WIMBERLY'S MOTION FOR DISCLOSURE BY THE GOVERNMENT OF ITS TESTIFYING EXPERT WITNESSES, AND PRODUCTION OF REPORTS CONTAINING THEIR OPINIONS, QUALIFICATIONS, AND TESTIMONIAL EXPERIENCE

WHEREFORE, defendant respectfully moves to adopt the requested Pre-Trial Motions

of his co-defendants, including but not limited to the Motions for Severance filed.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
312-663-3003