UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 55-3 |
| v. | ) | |
| | ) | Hon.  Ronald A.  Guzman |
| DONTAVIS WILLIAMS | ) | |

GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION
TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous

Drug Conviction To Be Relied Upon In Seeking Increased Punishment pursuant to Title 21, United

States Code, Section 851(a):

In the event that the defendant is convicted of the offense under Title 21, United States Code,

Section 846 charged in Count One of the indictment in this case, the United States shall seek

increased punishment pursuant to Title 21, United States Code, Section 841(b) based on the

following conviction for a felony drug offense which became final prior to the commission of the

offense charged in Count One of the indictment:

On or about November 13, 2003, defendant was found guilty of possession with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), in the United States District Court for the Middle District of Georgia, in case number 03 CR 12, and was sentenced to 34 months in the Bureau of Prisons.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:    s/Michael J.  Ferrara
       MICHAEL J. FERRARA
       Assistant United States Attorney
       219 S. Dearborn Street - 5th Floor
       Chicago, Illinois  60604
       (312) 886-7649

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55-3 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| DONTAVIS WILLIAMS | ) | |

## CERTIFICATE OF SERVICE

It is hereby certified that on May 19, 2008, I caused copies of the GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT to be served upon:

THOMAS MORE LEINENWEBER
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, IL 60604

via hand delivery, on said date.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    s/Michael J.  Ferrara
       MICHAEL J. FERRARA
       Assistant United States Attorney
       219 South Dearborn,5th Floor
       Chicago, Illinois 60604
       (312) 886-7649