UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 08 CR 55-3 |
| v. | ) | |
| | ) | Judge Ronald A. Guzman |
| DONTAVIS WILLIAMS | ) | |

**NOTICE OF FILING**

TO:   THOMAS MORE LEINENWEBER
Leinenweber & Baroni, LLC
321 South Plymouth Court, Suite 1515
Chicago, IL 60604

Please take notice that on this 19th day of May, 2008, the undersigned filed the following documents in the above-captioned matter, a copy of which attached hereto: GOVERNMENT'S INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE RELIED UPON IN SEEKING INCREASED PUNISHMENT.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/Michael J. Ferrara
MICHAEL J. FERRARA
Assistant United States Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 886-7649