IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08 CR 55 |
| DONTAVIS WILLIAMS, et al. | ) | |
| | ) | Honorable Ronald Guzman |
| Defendants. | ) | |
| | ) | |

**DEFENDANT DONTAVIS WILLIAMS' MOTION**
**FOR APPOINTMENT OF COUNSEL**

Defendant, DONTAVIS WILLIAMS, by his attorney, Thomas More Leinenweber, pursuant to the Criminal Justice Act, respectfully moves this Court for the appointment of his counsel. In support the Defendant states as follows:

1. Counsel was retained privately by the Defendant's family in February 2008.

2. The Defendant and his family have informed counsel that they are unable to make the fee payments agreed upon by the Defendant and counsel.

3. The Defendant desires that Counsel continue to represent him in this matter.

4. Counsel is a member of the Federal Defender Panel.

WHEREFORE, Defendant respectfully requests that this Court appoint his counsel pursuant to the Criminal Justice Act.

s/Thomas More Leinenweber
Thomas More Leinenweber

Thomas More Leinenweber
Leinenweber & Baroni, LLC
321 South Plymouth Court
Suite 1515
Chicago, Illinois 60604
312-663-3003