Dear Michael J. Ferrara

    Hopefully this communication finds you in the best of spirits. Things have been developing legally in a decent direction, and I now have found through my own research that I must challenge the drug amount of my plea, the minor role must be implemented also into the sentencing memorandum.

    Now with that said I now formerly instruct you to implement those three things into the legal strategy in reference to my legal matters of Case No.# 08 CR 55 . The three legal implementations are (a) Challange the Drug Amount in Motion Form, (b) File in Motion form the minor role clarification and, (c) intergrate both of these issues into the sentencing memorandum.

    Thanking you in advance and wishing you a good day.

*Dontavis Williams*

9-07-08

### Certificate of Service

    I, Dontavis Williams, Pro Se, certyify under penalty of perjury, that I have served a copy of this notice and attached pleading to the parties to whom it is directed by First Class Mail, Postage Prepaid.

x *Dontavis Williams*

Date: 9/7/08